May 31, 2012



# JUDGMENT

## The Fourteenth Court of Appeals

CITY OF HOUSTON, Appellant

NO. 14-10-00971-CV                    V.

SHAYN A. PROLER, Appellee

_____

This cause, an appeal from the judgment in favor of Appellee signed July 7, 2010 was heard on the transcript of the record.  We have inspected the record and find the trial court erred in part.  We therefore order the portions of the judgment (1) dismissing for want of jurisdiction Appellant's claim that the hearing examiner exceeded his jurisdiction by awarding overtime compensation and request for declaratory relief relative to this claim and (2) awarding Appellee attorney's fees relative to Appellant's declaratory-judgment action are **REVERSED** and ordered severed and **REMANDED** for proceedings in accordance with this Court's opinion.

Further, we find no error in the remainder of the judgment and order it **AFFIRMED**.

We order each party to pay its own costs incurred in this appeal.  We further order this decision certified below for observance.